# EXHIBIT 1
## TO THE COMPLAINT

# REDACTED