IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| D SQUARED PLANT TRAPS LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>Defendants. | Case No. 24-cv-05288<br><br>Judge John F. Kness<br>Magistrate Judge Jeffrey Cole |

**PLAINTIFF'S NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS**

Plaintiff D SQUARED PLANT TRAPS LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following defendants (collectively, "Settling Defendants") with prejudice:

| Merchant Name | Def. No. |
|---|---:|
| XaSy Store | 180 |
| SerenGlow | 184 |
| DANDUODUO shop | 271 |
| Y' Information Technology Co. ltd | 298 |
| KPLFUBK | 306 |

Plaintiff is dismissing Settling Defendants because it has reached full settlement with them, the terms of which have been satisfied. Settling defendants have neither filed an answer to the complaint nor otherwise plead. Dismissal under Rule 41(a)(1) is therefore appropriate.

| | |
|---|---|
| Dated: August 21, 2024 | Respectfully submitted,<br><br>D SQUARED PLANT TRAPS LLC<br><br>By:   /s/ James E. Judge<br><br>Zareefa B. Flener (IL Bar No. 6281397)<br>James E. Judge (IL Bar No. 6243206)<br>Ying Chen (IL Bar No. 6346961)<br>Flener IP Law, LLC<br>77 West Washington Street, Suite 800<br>Chicago, Illinois 60602<br>jjudge@fleneriplaw.com<br>(312) 724-8874 |