**Exhibit 1**

| Merchant Name | Def. No. |
|---|---|
| Jioer | 97 |
| enshishipianerhulianwangyouxiangongsi | 98 |
| Quinn Guy | 135 |
| lichuanshijiangkunshangmaoyouxiangongsi | 143 |
| YunChengShiYanHuQuTianJiangShangMaoYouXianGongSi | 148 |
| Looking for Doudou | 157 |
| Ibuywill | 166 |
| VESNIBA | 169 |
| YichangYunyunWangluoYouxianGongsi | 170 |
| Limicounts | 185 |
| lichuanshikaiqidianzishangmaoyouxiangongsi | 206 |
| Joy&Life CC | 208 |
| rongyang | 210 |
| Wuzhilin2024 | 217 |
| RUIVE | 228 |
| TaiHuXianLiAnshangmaoyouxianzerengongsi | 248 |
| CIXIANlichuanShiBaiHuoYouXianGongSi | 249 |
| Munheung Bora Exclusive | 272 |
| EAGELHU | 274 |
| dexueyihaodian | 279 |
| ZH Deep Blue | 286 |