# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| D Squared Plant Traps LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", , <br><br> Defendants, | Case No.:1:24-cv-05288 <br><br> **Judge John F. Kness** <br><br> **Magistrate Judge Jeffrey Cole** |

## (UNOPPOSED) MOTION FOR EXTENSION OF TIME

**NOW COME** Defendants, LiuJiaXin, SONSIEN, VGGFDY, WenYunXia, and YFYTRE (hereinafter, the "Defendants"), by and through their undersigned counsel, and hereby moves this Court to extend the time to file a response to the Complaint. In support of this motion, Defendants state as follows:

1. Plaintiff filed its Complaint on June 25,, 2024. [Dkt. 1].

2. Defendants were ostensibly served with process on July 22, 2024. [Dkt. 23].

3. Since the undersigned firm was retained to represent Defendants in this matter, the parties have been in good faith settlement negotiating, including exchange of evidence, arguments, and offers.

4. To allow the parties to continue to explore settlement opportunities and resolve this amicably, the undersigned respectfully seeks an extension of time for Defendants to respond to Plaintiff's complaint on or before September 16, 2024.

5. This motion has been filed in good faith, and is not interposed for purposes of delay nor frustration of the progress of this matter.

6. This Court may, for good cause, extend the time by which a defendant's responses are due after the time has expired if the defendant failed to act because of excusable neglect. Fed. R. Civ. P. 6(b)(1)(B). "[U]nder Rule 6(b)(1) as interpreted by case law, the term "good cause" imposes a light burden." *McCann v. Cullinan*, 2015 WL 4254226, at * 10 (N.D. Ill 2015), citing, 1 Moore's Federal Practice § 6.06 [2] p. 632 (Matthew Bender 3d ed. 2013); See, *Sec. Ins. Co. of Hartford v. Schipporeit, Inc.*, 69 F.3d 1377, 1381 (7th Cir. 1995), citing, *C.K.S. Eng'rs, Inc. v. White Mountain Gypsum Co.*, 726 F.2d 1202, 1205 (7th Cir. 1984) ("[I]t is the policy of [the Seventh Circuit] to favor trials on the merits over default judgments."); See also, *Anderson v. Stanco Sports Library, Inc.*, 52 F.R.D. 108, 109 (D. S.C. 1971) (granting defendants' motion for an extension arguing that "judgment by default has not been entered. It is not contended that plaintiff would be prejudiced by the answer of the defendant and trial upon the merits. On the other hand, to enter default would deprive defendant of its day in court and preclude just determination of the question of liability.").

7. The undersigned conferred with Plaintiff's counsel regarding the relief sought herein, to which the **Plaintiff's counsel indicated unopposed**.

8. This is the first motion for an extension of time to answer filed by Defendants.

**WHEREFORE**, Defendants, LiuJiaXin, SONSIEN, VGGFDY, WenYunXia, and YFYTRE, respectfully request that this Honorable Court enter an Order:

A. extending the date on which Defendants' response to Plaintiff's Complaint is due to September 16, 2024; and

B. for such further relief as the Court may deem just and proper.

Dated: September 5, 2024

                                                  Respectfully Submitted,

                                                  **J. Zhang and Associates, P.C.**
                                                  *Attorney for Defendants,*
                                                  *LiuJiaXin, SONSIEN, VGGFDY,*
                                                  *WenYunXia, and YFYTRE*

                                                  */s/ Jiyuan Zhang*
                                                  Jiyuan Zhang, Esq
                                                  37-12 Prince Street, Ste 9C
                                                  Flushing, NY 11354
                                                  T: 718-701-5098
                                                  contact@jzhanglaws.com

## AFFIRMATION OF SERVICE

I, Jiyuan Zhang, an attorney, certifies that on September 6, 2024, a true and correct copy of **MOTION FOR EXTENSION OF TIME** was filed via the CM/ECF electronic filing system, thereby serving it upon all counsel of record and interested parties.

*/s/ Jiyuan Zhang*
Jiyuan Zhang
