IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| DSPT LLC, | |
|    Plaintiff, | |
| v. | Case No. 24-cv-05288 |
| THE PARTNERSHIPS AND | Judge John F. Kness |
| UNINCORPORATED ASSOCIATIONS | Magistrate Judge Jeffrey Cole |
| IDENTIFIED IN SCHEDULE "A", | |
|    Defendants. | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

**Defendant yushinne-taka**, by and through undersigned counsel, respectfully moves this Court for a 21-day extension of time, up to and including December 3, 2024, to file an answer to Plaintiff's complaint. In support of this motion, Defendant states as follows:

1. Plaintiff filed its Complaint on June 25, 2024. (Dkt. 1).

2. Defendant was served with process on July 22, 2024. (Dkt. 23).

3. Defendant recently changed representation, and current counsel has not received key case documents from previous counsel or Plaintiff's counsel. As a result, Defendant's counsel requires additional time to obtain and review these documents to ensure a thorough and accurate response to the complaint.

1

4. Additionally, Defendant has expressed interest in engaging in settlement discussions to resolve this matter outside of court. The requested extension will provide both parties with adequate time to explore a potential settlement and avoid unnecessary litigation costs.

5. Counsel for Defendant contacted Plaintiff's counsel on November 7, 2024, regarding this request, and Plaintiff's counsel has agreed to a 21-day extension for Defendant to file an answer. This motion is therefore **unopposed**.

6. This is the first motion for an extension of time to answer filed by Defendant.

7. This request is made in good faith and not for the purpose of delay. Granting this extension will serve the interests of justice by allowing Defendant sufficient time to respond adequately to the complaint and to explore the possibility of settlement.

**WHEREFORE**, Defendant respectfully requests that this Court grant a 21-day extension, up to and including December 3, 2024, to file an answer to Plaintiff's complaint and for such other relief as this Court deems just and proper.

Dated: November 13, 2024

Respectfully Submitted,

<u>/s/ Weilian Song</u>

Weilian Song

(ILND Bar No. 1122841)

XYZ Law Firm, LLP

2131 9th St NW, Unit 1-565

Washington, D.C. 20001

Phone: (857) 869-1626

will@xyziplaw.com

*Attorney for Defendant*

3

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on November 13, 2024, a true and correct copy of the DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME was filed via the CM/ECF electronic filing system, thereby serving it upon all counsel of record and interested parties.

Respectfully submitted,

/s/ Weilian Song

Weilian Song

(ILND Bar No. 1122841)

XYZ Law Firm, LLP

2131 9th St NW, Unit 1-565

Washington, D.C. 20001

Phone: (857) 869-1626

will@xyziplaw.com

*Attorney for Defendant*